# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ABDUSAMAT BAKYT,

                        Petitioner,

              v.

DHS OPLA,

                        Respondent.

Case No. 5:26-cv-2782-SPG-ACCV

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, (ECF No. 1 ("Petition")), Respondent DHS OPLA's Answer, (ECF No. 7 ("Answer")), the records and files herein, and the Magistrate Judge's Amended Report and Recommendation, (ECF No. 9 ("Amended Report and Recommendation")). Respondent represents that it "is not presenting an opposition argument at his time." *See* (Answer at 2). The Court therefore ACCEPTS the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.     Judgment be entered GRANTING the Petition;

2.     Petitioner Abdusamat Bakyt, A#236-066-532, shall be immediately released from Respondent's custody;

3.     Respondent is required, at the time of release, to return all of Petitioner's documents and possessions;

-1-

4. Within three (3) days of the date of this Order, Respondent shall file a notice of compliance; and

5. The Clerk of Court shall serve this Order on all counsel or parties of record.

**IT IS SO ORDERED.**

DATED:   June 5, 2026



HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE