JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ABDUSAMAT BAKYT,

              Petitioner,

      v.

DHS OPLA,

           Respondent.

Case No. 5:26-cv-2782-SPG-ACCV

**JUDGMENT (JS-06)**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition under 28 U.S.C. § 2241, (ECF No. 1), is granted, with no further proceedings, consistent with the reasons and findings set forth in the June 2, 2026, Amended Report and Recommendation of United States Magistrate Judge, (ECF No. 9).

DATED:  June 5, 2026

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-1-